**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Adrian Lamont BENNIEFIELD, a/k/a
Adrian Benniefield, Defendant–
Appellant.**

No. 13–7481.

United States Court of Appeals,
Fourth Circuit.

Submitted: Nov. 21, 2013.

Decided: Nov. 26, 2013.

Adrian Lamont Benniefield, Appellant Pro Se. Roderick Charles Young, Assistant

United States Attorney, Richmond, Virginia, for Appellee.

Before KING, DUNCAN, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Adrian Lamont Benniefield appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2012) motion for reduction of sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Benniefield,* No. 3:09–cr–00055–HEH–1 (E.D.Va. Aug. 19, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*